IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2011 SEP 26 P 2: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tory L. Jones
Full name and prison number
of plaintiff(s)

v.

Ms. Valerie D. Judah

CIVIL ACTION NO. 1:11-CV-798-TMH-TFM
(To be supplied by Clerk of
U.S. District Court)

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Ms. Valerie D. Judah | 1530 W. Main St. Dothan, Al. 36301 |
| 2. | Public Defendant office | Houston County Courthouse 6406 P.O. Drawer |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Ms. Valerie D. Judah; misled me into thinking I was going to recieve a split sentence according to pleading guilty.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Feb, 17, 2009 in the Houston County Courthouse at 9:30. My lawyer Ms. Valerie D. Judah told me that pleading was the best thing for me to do. However; I disagreed because I was not guilty of the nature of the crime.

GROUND TWO: [Eneffective Counsel]

SUPPORTING FACTS: She had entirely too many cases to even investgate into my case. Ms. Valerie D. Judah never explained to the courts the facts beyond my case. During my sentencing she never made my plea bargain well known.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like a split sentence or a sentence reduction, or any alternative sentence.

*Tony L. Jones*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9/12/11
(Date)

*Tony L. Jones*
Signature of plaintiff(s)

4

Tory L. Jones #264248 F2/23B
200 Wallace Dr.
Clio, Al. 36017

Legal Mail

Legal Mail

The United State District Court
P.O. Box 711
Montgomery, Al. 36130